## William J. Kehl, Appellee, v. Illinois Doughnut and Cake Company, Appellant.

### Gen. No. 41,362.

opinion filed January 20, 1941. Bither & Bither and Luella M. Bither, for appellant; Clyde C. Fisher, of counsel; Epstein & Steinberg, for appellee; Herman L. Epstein, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."